

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00457-CV

**IN THE INTEREST OF L.R.R.**, et al., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02347
Honorable Solomon Casseb, III, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED September 24, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice